IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>Amr Mohsen,<br><br>    Defendant.<br>_____/ | NO. CR 03-0095 WBS<br>NO. C 98-00762 WHA<br>NO. C 96-20909 JF<br><br>**ORDER REOPENING CASES; REASSIGNING CASES TO JUDGE SHUBB FOR LIMITED PURPOSES** |
| Aptix Corp., et al.,<br><br>    Plaintiffs,<br>v.<br><br>Quickturn Design Systems, Inc.,<br><br>    Defendant.<br>_____/ | |

    Several motions are pending in the above-captioned criminal matter which may require the judge to whom that case is assigned–namely, Judge William B. Shubb of the Eastern District of California–to examine and modify protective orders in the civil actions underlying this case.[1]

    Accordingly, the Court ORDERS that the Underlying Actions be reopened and that they be reassigned to Judge Shubb for the limited purpose of considering whether to modify the protective orders in them. The Clerk shall immediately reopen both Underlying Actions and assign them to Judge Shubb.

Dated: April 24, 2012

                                                        *James Ware*<br>
                                                        JAMES WARE<br>
                                                       United States District Chief Judge

---

[1] The underlying civil actions are: (1) Aptix Corporation v. Quickturn Design Systems, Inc., No. C 98-00762 WHA; and (2) Aptix Corporation v. Quickturn Design Systems, Inc., No. C 96-20909 JF (collectively, "Underlying Actions"). Both of the Underlying Actions are closed.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robin L. Harris robin.harris2@usdoj.gov
Kyle F. Waldinger kyle.waldinger@usdoj.gov
Marc J. Zilversmit marc@zdefender.com

**Dated: April 24, 2012**                                   Richard W. Wieking, Clerk

                                                            By:    /s/ JW Chambers
                                                                Teresa De Martini
                                                                Courtroom Deputy

United States District Court
For the Northern District of California